■ CITY OF LONG BEACH et al., Appellants, v SERIL CORP. et al., Respondents, et al., Defendants.—In an action for a judgment declaring a certain certificate of occupancy to be null and void and to vacate the said certificate, (1) defendants Seril Corp., Bela Friedman and Carmel Hotel appeal from so much of an order of the Supreme Court, Nassau County, dated September 24, 1975, as denied their application to dismiss the complaint as against them and for summary judgment and (2) plaintiffs cross-appeal from so much of the same order as denied their motion for summary judgment as against the appellants-respondents. Order affirmed, without costs or disbursements. On a prior appeal, appellants-respondents raised the same issue they now raise and it was rejected by this court *(City of Long Beach v Seril Corp.*, 45 AD2d 707). That determination remains binding (see *Powell v Trans-Auto Systems*, 32 AD2d 650; *Levitz v Robbins Music Corp.*, 17 AD2d 801). Plaintiffs, in their brief on this appeal, concede that there are triable issues of fact. Latham, Acting P. J., Margett, Suozzi and Mollen, JJ., concur.

■ PETER C. FLANAGAN, Respondent, v BOARD OF EDUCATION, COMMACK UNION FREE SCHOOL DISTRICT, Appellant.—In an action, *inter alia*, to recover damages for breach of contract, defendant appeals from so much of an order of the Supreme Court, Suffolk County, dated August 31, 1976, as denied its motion to dismiss the action for failure to join necessary parties. Order affirmed insofar as appealed from, with $50 costs and disbursements. None of the parties defendant seeks to have joined is necessary for "complete relief * * * to be accorded between the persons who are parties to the action [nor will any] be inequitably affected by a judgment in the action" (see CPLR 1001, subd [a]; see, also, 2 Weinstein-Korn-Miller, NY Civ Prac, par 1001.01). The denial of defendant's motion to dismiss pursuant to CPLR 3211 (subd [a], par 10) was, therefore, proper. Latham, Acting P. J., Margett, Suozzi and Mollen, JJ., concur.

■ ISLAND REALTY MANAGEMENT, INC., Appellant, v MARTIN KANE et al., Respondents.—In an action on a brokerage commission agreement, plaintiff appeals from an order of the Supreme Court, Nassau County, dated October 1, 1976, which denied its motion for summary judgment and granted defendant's cross motion for summary judgment. Order affirmed, with $50 costs and disbursements, on the opinion of Mr. Justice Sullivan at Special Term. Latham, Acting P. J., Margett, Suozzi and Mollen, JJ., concur.